Filed Electronically _____

Entered on Docket
November 05, 2009

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association as Trustee under Pooling and Servicing Agreement Dated as of
December 1, 2006 MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through
Certificates Series 2006-NC3
09-75628 / 0325692705

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-17254-bam |
| Lonell Washington | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

## <u>ORDER VACATING AUTOMATIC STAY</u>

Pursuant to the Declaration re Breach of Condition filed on October 6, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, U.S. Bank National Association as Trustee under Pooling and Servicing Agreement Dated as of December 1, 2006 MASTR Asset Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates Series 2006-NC3 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 2801 Webster Street , North Las Vegas NV and legally described as follows:

Lot 83 in Block 5 of PARK NORTH SUBDIVISION UNIT 1-B, as shown by Map thereof on file in Book 6 of Plats, page 75 in the office of the County Recorder of Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to

obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

///
///
///
///
///
///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this 4th day of November, 2009.

Submitted by:
Wilde & Associates

By /S/GREGORY L. WILDE
_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or      _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or      _____ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or      _____ failed to respond to the document

Breach Order:

__X__ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor